FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2021

No. 04-21-00374-CV

**IN THE INTEREST OF M.A. III, J.E.A., F.E.A., F.A.A., R.L., JR., AND B.J.L.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02352
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The reporter's record was due on September 13, 2021, but was not filed. On September 15, 2021, the court reporter filed a notification of late record, requesting until September 21, 2021, to file the reporter's record. We **GRANT** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court on or before **September 21, 2021**. The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court